Lightner et v. Lightner et .......... 19221
Sandusky Gas & El. Co. v. Anton...... 19199
State ex v. Capitol City Racing Co..... 19140
Trumbull Sav. & Loan v. Saviers et.... 19222
Wiener v. Krumrey .................. 19205
Wilson et v. Keenand ............... 19191

## MOTION DOCKET

18355—Central Gas Co. v. Hope Oil Co. Motion by defendant to dismiss cause. Overruled. Dock. 2-1-24; 2 Abs. 113.

19140—State of Ohio ex rel Crabbe, Atty., Gen. v. Capitol City Racing Co. Motion by plaintiff for fixing taking of evidence. Ordered taken by deposition. Dock. 5-12-25; 3 Abs. 329.

19191—Romeo C. Wilson et al v. W. C. Keenand. Motion for Summit Appeals to certify. Overruled. Dock. 6-29-25; 3 Abs. 377.

19199—Sandusky Gas & Electric Co. v. Edward C. Anton. Motion for Erie Appeals to certify. Overruled. Dock. 6-13-25; 3 Abs. 386.

19201—Fred A. Groves, Admr., v. Jennie Conrow. Motion for Belmont Appeals to certify. Overruled. Dock. 6-29-25. 3 Abs. 386.

19205—J. H. Wiener v. G. F. Krumrey. Motion for Summit Appeals to certify. Overruled. Dock. 6-14-25; 3 Abs. 386.

19210—First Bond and Mortgage Loan Co., v. O'Connor Schraegle Lumber Co. et al. Motion for Summit Appeals to certify. Overruled. Dock. 6-16-25; 3 Abs. 401.

19211—Chin Jack Lem v. State. Motion to file pet. in error to Cuyahoga Appeals. Overruled. Dock. 6-16-25; 3 Abs. 401.

19212—Botzum Bros. Co. et al v. Henry G. Brandau et al. Motion for Summit Appeals to certify. Overruled. Dock. 6-17-25; 3 Abs. 401.

19214—Victoria S. Allen v. Samuel B. Ricketts. Motion for Montgomery Appeals to certify. Overruled. Dock. 6-18-25; 3 Abs. 401.

19216—Commercial Travelers Life and Accident Insurance Co. v. H. B. Spiegel. Motion for Cuyahoga Appeals to certify. Motion dismissed by pltf. in err. Dock. 6-19-25; 3 Abs. 401.

19217—Defiance Gas and Electric Co. v. Irvin F. LaBounty, Admr. Motion for Lucas Appeals to certify. Overruled. Dock. 6-19-25; 3 Abs. 401.

19221—John M. Lightner et al v. Homer Lightner et al. Motion for Harrison Appeals to certify. Overruled. Dock. 6-20-25; 3 Abs. 401.

19222—Trumbull Savings and Loan Co. v. George S. Saviers et al. Motion for Trumbull Appeals to certify. Overruled. Dock. 6-20-25.

19223—Defiance Gas & Electric Co. v. Irvin F. LaBounty, Admr. Motion for Lucas Appeals to certify. Overruled. Dock. 6-20-25.

19296—Cleveland-Elyria-Toledo Bus Co. v. Public Utilities Com. et al. Motion by defendant to strike pet. err. from files and to dismiss Petition voluntarily dismissed by pltf. in err. Dock. 7-30-25; 3 Abs. 482.

19316—Moy Dong You et al v. State of Ohio. Motion to file pet. err. to Cuyahoga Appeals. Overruled. Dock. 8-11-25; 3 Abs. 514.

19329—Harry L. Conn, et al v. John J. Jones, as Treasurer, etc., et al. Motion by plaintiff for extending time for filing printed record and briefs to 40 days after the ruling of the court upon the pending motion to certify. Allowed. Dock. 8-15-25; 3 Abs. 530.

## GENERAL DOCKET

18355—Central Gas Co. v. Hope Oil Co.; error to Monroe Appeals. Reversed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 2-1-24; 2 Abs. 115.

18700—Morris Luff v. State; error to Cuyahoga Appeals. Modified. Jones, Day, Allen, Kinkade and Robinson, JJ., concur. Marshall, CJ., and Matthias, J., dissent. Dock. 7-14-24; 2 Abs. 452.

18724—Maggie L. Gath v. Travelers Insurance Co. (On rehearing); error to Butler Appeals. Reversed. Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Marshall, CJ., dissents. Dock. 7-23-24; 2 Abs. 303.

19011—Bucor Tudor v. State; error to Cuyahoga Appeals. Affirmed. Marshall, CJ., Day Allen, Kinkade and Robinson, JJ., concur. Dock. 3-10-25; 3 Abs. 162.

19118—Peter Madjorous v. State of Ohio; error to the Court of Appeals of Summit county. Affirmed. Marshall, CJ., Jones, Matthias, Day, Allen and Kinkade. JJ.. concur. Robinson J., not partic. Dock. 5-5-25; 3 Abs. 297.

19296—Cleveland, Elyria & Toledo Bus Co. v. Public Utilities Commission; error to Com. Dismissed. Dock. 7-30-25; 3 Abs. 482.

19297—Cleveland, Elyria & Toledo Bus Co. v. Public Utilities Commission; error to the Public Com. Dismissed. Dock. 7-30-25; 3 Abs. 482.

19338—State ex rel Tax Commission v. E. M. Faust, Auditor of Mahoning. In Mandamus. Writ allowed. Marshall, CJ., Jones, Matthias, Day, Allen and Kinkade, JJ., concur. Dock. 8-25-25; 3 Abs. 546.

19352—State, ex rel Retirement Board v. Bd. of Ed., Nellie Village, et al. In Mandamus. Plaintiff's claim satisfied. Judgment against defendants for costs. Dock. 9-11-25; 3 Abs. 580.

19355—State of Ohio v. Henry Krauss; error to Hamilton Appeals. Controversy having been certified by Appeals because of conflict, is voluntarily dismissed by pltf. in err. Dock. 9-15-25; 3 Abs. 595.

19364—State, ex rel Bloker v. Henry M. Gaabel et al. In Mandamus. Writ allowed. Marshall, CJ., Jones, Matthias, Day, Allen and Kinkade, JJ., concur. Dock. 9-28-25; 3 Abs. 610.

# Abstracts of Last Week's SUPREME COURT OPINIONS

## SYLLABI

### No. 887

No. 18724—Maggie L. Gath v. The Travelers Insurance Company. Error to the Court of Appeals of Butler county. On rehearing.

647. INSURANCE—1. Where policy gives insurrer right to perform autopsy and where death is known to agent of company, demand for autopsy must be made before burial.

2. Such requests should have been made of the widow beneficiary, and verbal demands of son before burial are not sufficient when he does not communicate such requests to widow.

JONES, J.